MARY E. ALEXANDER, ESQ. (SBN: 104173)
malexander@maryalexanderlaw.com
BRENDAN D.S. WAY, ESQ. (SBN: 261705)
bway@maryalexanderlaw.com
MARY ALEXANDER & ASSOCIATES, P.C.
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440
Facsimile: (415) 433-5440

ELIZABETH J. CABRASER, ESQ. (SBN: 083151)
ecabraser@lchb.com
JONATHAN D. SELBIN, ESQ. (SBN: 170222)
jselbin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WEIDNER, Individually and as Personal Representative of the Decedent, CARL WEIDNER, <br><br> Plaintiff, <br><br> vs. <br><br> CARNIVAL CORPORATION, CARNIVAL PLC, and PRINCESS CRUISE LINES LTD., <br><br> Defendants. | Case No.: 20-20-cv-04074-RGK-SK <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

1

NOTICE OF VOLUNTARY DISMISSAL         Case No. 2:20-cv-04074-RGK-SK

The NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff CHRISTOPHER WEIDNER voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted,

DATED: August 6, 2020         MARY ALEXANDER & ASSOCIATES, P.C.

By:   /s/ Mary E. Alexander
      Mary E. Alexander, Esq.
      Brendan D.S. Way, Esq.
      *Attorneys for Plaintiff*